UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-CR-58 |
| ) | JUDGE GREER |
| ANTHONY LAMONT SINGLETON ) | |

## SENTENCING MEMORANDUM

Comes now the United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence investigation report for ANTHONY LAMONT SINGLETON correctly sets forth the pertinent sentencing factors of 18 U.S.C. § 3553(a), the correct advisory guideline calculation of 110 to 120 months incarceration pursuant to U.S.S.G. § 2B1.1, and correct criminal history level calculation of VI. The United States objects to any downward departure or variance from the correctly calculated sentencing guideline range.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013 a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney