2:12-Cr-58

Clerk of Courts,	From, Anthony Lamont Singleton
	45105-074

This Letter Is Reguards To The (Section 404) of the First Step Act!
Of The Fair Sentence Act. I Feel Like My Sentence Was erroneously enhanced
base on Prior convictions of agg assault From 2008. As well as Drug charges
But Due to resent changes they do not qualify as a predicate
Crimes of violence Under the CCA Sentencing guidelines.
Im asking for my case to be Reviewed in Reguards to section 404
2D1.1 for my priors and for you to File the proper paper
work In my behalf.

Sincerely
Thanks

Anthony Singleton